UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

BETTY ANN GANIOUS                    CASE NO.: 03-70856-TLH4
                                     CHAPTER 13

    Debtor(s).
_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: AMERICAN HONDA FINANCE CORP. which remain outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U. S. Bankruptcy Court.

**WHEREFORE**, the Trustee respectfully submits her Check Number 331711   in the amount of $122.71 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE
    POST OFFICE BOX 646
    TALLAHASSEE, FL 32302
    (850) 681-2734 "Telephone"
    (850) 681-3920 "Facsimile"

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:
BETTY ANN GANIOUS

1401 SILVER SADDLE DR.
TALLAHASSEE, FL

32310
AND

| | |
|---|---|
| J. RANDALL FRIER, ESQ. | AMERICAN HONDA FINANCE CORP. |
| 1645 METROPOLITAN BLVD | P.O. BOX 165007 |
| TALLAHASSEE, FL | IRVING, TX |
| 32308 | 75016 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE

F.45 (107) 11/27/2007